DANA LYNN LOYD,

      Plaintiff,

v.                                      Case No. 6:18-cv-1501-Orl-37DCI

ROBIN C. LEMONIDIS; and MORGAN
LAUR REINMAN,

      Defendants.

_____

## ORDER

*Pro se* Plaintiff Dana Lynn Loyd ("**Loyd**") initiated this action against Defendants

on September 12, 2018. (*See* Doc. 1 ("**Complaint**").) Loyd also filed a motion to proceed

*in forma pauperis* (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Gregory J.

Kelly recommends denying the IFP Motion and dismissing the Complaint with prejudice

because the Complaint is barred by the *Rooker-Feldman* abstention doctrine. (Doc. 3, p. 4

("**R&R**").)

      The parties did not object to the R&R, and the time for doing so has now passed.

As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo

Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see

also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the

Court concludes that the R&R is due to be adopted in its entirety.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

      1.      U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation

(Doc. 3) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     Plaintiff Dana Lynn Loyd's Civil Rights Complaint Seeking Injunctive Relief (Doc. 1) is **DISMISSED WITH PREJUDICE.**

3.     Plaintiff Dana Lynn Loyd's Motion to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

4.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 3, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party